FILE COPY

RE: Case No. 25-0548                        DATE: 8/13/2025
COA #: 15-24-00009-CV                TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0548                    DATE: 8/13/2025
COA #: 15-24-00009-CV          TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (Tex. R. App. P. 53.3)  There is no fee for a response or a waiver.

                    MR. DARBY  RILEY
                    RILEY & RILEY, ATTORNEYS AT LAW
                    320 LEXINGTON AVENUE
                    SAN ANTONIO, TX  78215-1913
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0548                    DATE: 8/13/2025
COA #: 15-24-00009-CV        TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MR. MICHAEL WILLIAM O'DONNELL
NORTON ROSE FULBRIGHT US LLP
300 CONVENT STREET, SUITE 2100
SAN ANTONIO, TX  78205-3792
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0548                    DATE: 8/13/2025
   COA #: 15-24-00009-CV           TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

    A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.


                    MR. PAUL DENTON TRAHAN
                    NORTON ROSE FULBRIGHT US LLP
                    98 SAN JACINTO BOULEVARD, SUITE 1100
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0548                DATE: 8/13/2025
COA #: 15-24-00009-CV            TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. LYNN E. SAARINEN
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548 (MC017)
AUSTIN, TX  787711-2548
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0548                    DATE: 8/13/2025
COA #: 15-24-00009-CV           TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    CHRISTOPHER  PRINE
                    FIFTEENTH COURT OF APPEALS
                    P.O, BOX 12852
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0548                    DATE: 8/13/2025
COA #: 15-24-00009-CV          TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

     A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    MS. EMILY  WOLF
                    NORTON ROSE PULBRIGHT US LLP
                    98 SAN JACINTO BOULEVARD STE 1100
                    AUSTIN, TX  78701-4255
                    * DELIVERED VIA E-MAIL *